NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARRYL A. VACHON,                      )
                                       )
    Appellant,                     )
                                       )
v.                                     )          Case No. 2D17-4060
                                       )
THE TRAVELERS HOME AND                 )
MARINE INSURANCE COMPANY,              )
                                       )
    Appellee.                      )
_____)

Opinion filed April 5, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Jean Marie Henne, of Jean M. Henne, P.A.,
Winter Haven, for Appellant.

Jack R. Reiter of Gray-Robinson, Miami, for
Appellee.


PER CURIAM.


    Affirmed.


KHOUZAM, KELLY, and LUCAS, JJ., Concur.